UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 06-139ML |
| CENTURY MASONRY, INC. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Ronald M. Coia, et al., hereby voluntarily dismiss the Complaint in the above-referenced matter, with prejudice. No costs and no fees are assigned to any party.

Enter: Mary M. Lisi USDJ 5/11/06

RONALD M. COIA, et al.
By their Attorneys,

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: May 10, 2006

CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and not a party to this suit. On this 10th day of May, 2006, I mailed a true and accurate copy of the within Notice of Voluntary Dismissal to the following:

Girard R. Visconti
Visconti and Boren Ltd.
55 Dorrance Street
Providence, RI 02903

*377477_1.doc*